BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2762
catherine.swann@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA AND NEVADA, SIERRA, AND PLACER COUNTIES *ex rel.* VICKI L. MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY RECOVERY RESOURCES INC., *et al.*,<br><br>Defendants. | Case No. 2:13-cv-1004 TLN AC<br><br>**ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the Notice of the United States, which the relators will serve upon the defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

    5. The parties shall serve all notices of appeal upon the United States;

    6. All orders of this Court shall be sent to the United States; and that

    7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

    IT IS SO ORDERED.

Dated: July 15, 2015

                              Troy L. Nunley
                              United States District Judge