KAMALA D. HARRIS
Attorney General of California
MARK GEIGER
Senior Assistant Attorney General
SARALYN ANG-OLSON
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
 1425 River Park Drive, Suite 300
 Sacramento, CA 95815-4524
 Telephone: (916) 263-2516
 Facsimile:  (916) 274-2929
 E-mail: Jennifer.Gregory@doj.ca.gov


KAMALA D. HARRIS
Attorney General of California
FREDERICK W. ACKER
Deputy Attorney General
RACHEL A. COLES, State Bar No. 229291
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-1272
 Fax: (916) 323-6882
 E-mail: Rachel.Coles@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al*. *ex rel.* VICKI L. MILLER *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>COMMUNITY RECOVERY RESOURCES INC., *et al.*,<br><br>                Defendants. | Case No. 2:13-CV-1004 TLN AC<br><br>**THE STATE OF CALIFORNIA AND PLACER COUNTY'S NOTICE OF ELECTION TO DECLINE TO INTERVENE** |

1  TO THE U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

2  PLEASE TAKE NOTICE that pursuant to the California False Claims Act, California Government Code § 12652(c)(6)(B), the State of California, through the California Attorney General's Office ("AGO"), and the County of Placer ("Placer"), elect to decline to intervene in this action.

Pursuant to California Government Code § 12652(c)(1), the AGO and Placer request that they be notified if either the relators or the defendants propose to dismiss, settle, or otherwise terminate this action. The AGO and Placer further request that they be given an opportunity to be heard before the Court rules on, or grants its approval to, any settlement or termination of this action.

In addition, pursuant to California Government Code § 12652(f)(1), the AGO and Placer request that should this case continue, the parties serve them with copies of all pleadings and motions subsequently filed in this action, along with any requested deposition transcripts. Pursuant to California Government Code § 12656, the AGO and Placer also request that they receive any notice or petition initiating any appeal of this matter and each paper and brief filed in the appeal.

Please serve the above-referenced documents at the following addresses:

Rachel A. Coles
Deputy Attorney General
California Attorney General's Office
1300 I Street
P.O. Box 944255
Sacramento, CA 94244

Jennifer Gregory
Deputy Attorney General
Bureau of Med-Cal Fraud and Elder Abuse
California Attorney General's Office
1425 River Park Drive, Ste. 300
Sacramento, CA 96815

///
///
///
///

---

**THE STATE OF CALIFORNIA AND PLACER COUNTY'S NOTICE OF ELECTION TO DECLINE TO INTERVENE**

2

David Huskey
Senior Deputy County Counsel
County of Placer
175 Fulweiler Avenue
Auburn, CA 95603

Dated  July 20, 2015                              Respectfully Submitted,

                                            KAMALA D. HARRIS
                                            Attorney General of California

                                                  /s/
                                            JENNIFER S. GREGORY
                                            Deputy Attorney General
                                            *Attorneys for Plaintiff State of California*

                                                  /s/
                                            RACHEL A. COLES
                                            Deputy Attorney General
                                            *Attorneys for Plaintiff State of California*

                                                  /s/
                                            DAVID K. HUSKEY
                                            *Attorney for Plaintiff Placer County*