OFFICE OF THE COUNTY COUNSEL
ALISON A. BARRATT-GREEN, County Counsel (148360)
Jamie L. Hogenson, Deputy County Counsel (243447)
950 Maidu Avenue, Suite 240
Nevada City, CA 95959
Telephone: (530) 265-1319
Facsimile: (530) 265-9840
E-mail: alison.barratt-green@co.nevada.ca.us
        jamie.hogenson@co.nevada.ca.us
Attorneys for Nevada County

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *et al. ex rel.* VICKI L. MILLER *et al.*,<br><br>　　Plaintiff(s),<br><br>　　vs.<br><br>COMMUNITY RECOVERY RESOURCES, INC., *et al.*,,<br><br>　　Defendant(s). | Case No.:  2:13-CV-1004 TLN AC<br><br>NEVADA COUNTY'S NOTICE OF ELECTION TO DECLINE TO INTERVENE<br><br>**FILED UNDER SEAL** |

TO THE U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that pursuant to the California False Claims Act, California Government Code § 12652(c)(6)(B), the County of Nevada ("County") elects to decline to intervene in this action.

Pursuant to California Government Code § 12652(c)(1), the County requests that it be notified if either the relators or the defendants propose to dismiss, settle, or otherwise terminate this action. The County further requests that it be given an opportunity to be heard before the Court rules on, or grants its approval to, any settlement or termination of this action.

- 1 -

NEVADA COUNTY'S NOTICE OF ELECTION TO DECLINE TO INTERVENE

In addition, pursuant to California Government Code § 12652(f)(1), the County requests that should this case continue, the parties serve it with copies of all pleadings and motions subsequently filed in this action, along with any requested deposition transcripts.  Pursuant to California Government Code § 12656, the County also requests that it receive any notice or petition initiating any appeal of this matter and each paper and brief filed in the appeal.

Please serve the above-referenced documents at the following address:

Jamie L. Hogenson
Deputy County Counsel
County of Nevada
950 Maidu Avenue, Suite 240
Nevada City, CA  95959

Dated: July 21, 2015          Respectfully Submitted,

OFFICE OF THE COUNTY COUNSEL
ALISON A. BARRATT-GREEN, County Counsel

By:     /s/     Jamie L. Hogenson
        Jamie L. Hogenson, Deputy County Counsel
        Attorneys for Nevada County

NEVADA COUNTY'S NOTICE OF ELECTION TO DECLINE TO INTERVENE