Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: gcallahan@justice4you.com, tfilippova@justice4you.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, State of California and Nevada, Placer and Sierra Counties, *ex rel.* Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols,<br><br>Plaintiffs and Relators,<br><br>vs.<br><br>Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Jeremy Ashurst, Pauline Bowman, Doug Carver, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert, Warren A. Daniels, Sommer Dobbins, Christine Findley, Christina Frye, Toni Gehrman, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin, Traci J. Peters, Elaine Seidel, Randall Tryon, and Traci Witt,<br><br>Defendants. | Case No.: 2:13-cv-1004 TLN AC<br><br><br>ORDER |

Pursuant to Local Rule 141, and Fed. Rule of Civ. Pro. 5.2(d), the Court grants relators' ex-parte request to seal medical records of Relator Tamara Nichols filed as Exhibit 10 of the Complaint (Dkt. # 1, Attachment 1, Exhibit 1-14); and Exhibit 10 of the First Amended Complaint (Dkt. # 55, Attachment 1, Exhibit 1-14). It is so ORDERED.

Dated: October 8, 2015

_____
Troy L. Nunley
United States District Judge

ORDER - 1