Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: gcallahan@justice4you.com, tfilippova@justice4you.com
*Attorneys for Relators*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, State of California and Nevada, Placer and Sierra Counties, *ex rel.* Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols,<br><br>Plaintiffs and Relators,<br><br>vs.<br><br>Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Jeremy Ashurst, Pauline Bowman, Doug Carver, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert, Warren A. Daniels, Sommer Dobbins, Christine Findley, Christina Frye, Toni Gehrman, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin, Traci J. Peters, Elaine Seidel, Randall Tryon, and Traci Witt,<br><br>Defendants. | Case No.: 2:13-cv-1004 TLN AC<br><br>AMENDED STIPULATION AND ORDER ALLOWING RELATORS TO FILE SECOND AMENDED COMPLAINT |
|---|---|

**WHEREAS** Relators VICKI L. MILLER, JENNIFER BENTE, PRISCILLA FRAZIER, LINDA GARCIA, MARY M. GRAHAM, BONNIE HAMPTON, AND TAMARA NICHOLS (hereafter "Relators") filed a Complaint in the instant action on May 21, 2013 and filed their First Amended Complaint on October 2, 2015.

**WHEREAS** Relators seek to file their Second Amended Complaint. The Second Amended Complaint makes changes to non-substantive errors contained in the First Amended Complaint that resulted from the dictation software used. Additionally, the Second Amended

Complaint omits common law claims contained in Count IV (Payment Under Mistake of Fact), Count V (Negligence), and Count VI (Unjust Enrichment) of the First Amended Complaint, without prejudice to the United States of America and the State of California's ability to pursue those claim at a later time. The defendants would, however, oppose any motion by any governmental entity to pursue any of these common law claims in this litigation.

**IT IS HEREBY STIPULATED,** by and between Relators and Defendants Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Pauline Bowman, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert, Warren A. Daniels, Christine Findley, Christina Frye, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin, Elaine Seidel, Randall Tryon, and Traci Witt, by and through their respective counsel, to filing of Relators' Second Amended Complaint within 14 days of the signed order.

Dates: October 29, 2015                                  Respectfully submitted,

                                                         /s/ Gary B. Callahan
                                                         Tatiana Filippova, Esq.
                                                         Gary B. Callahan, Esq.
                                                         Attorneys for Relators

                                                         /s/ Ronald E. Enabit
                                                         Ronald E. Enabnit, Esq.
                                                         Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 3, 2015

                                                         Troy L. Nunley
                                                         United States District Judge

AMENDED STIPULATION AND ORDER ALLOWING RELATORS TO FILE SECOND AMENDED COMPLAINT - 2