Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-mail: gcallahan@justice4you.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, State of California and Nevada, Placer and Sierra Counties, *ex rel.* Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols,<br>　　　Plaintiffs and Relators,<br><br>vs.<br><br>Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Jeremy Ashurst, Pauline Bowman, Doug Carver, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert,  Warren A. Daniels, Sommer Dobbins, Christine Findley, Christina Frye, Toni Gehrman, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin,  Traci J. Peters, Elaine Seidel, Randall Tryon, and Traci Witt,<br>　　　Defendants. | Case No.: 2:13-cv-1004 TLN AC<br><br><br>ORDER TO SEAL |

**ORDER**

Pursuant to a STIPULATION submitted by the parties requesting an order to file Exhibit 10 to the Second Amended Complaint under seal, it is hereby

**ORDERED** that Plaintiff relator's request is GRANTED, and that the exhibit shall be placed under seal pursuant Local Rule 141, and shall remain under seal until further order of the Court.

Dated:  November 19, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1