Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
E-mail: gcallahan@justice4you.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, State of California and Nevada, Placer and Sierra Counties, *ex rel.* Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols,<br>　　Plaintiffs and Relators,<br><br>vs.<br><br>Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Jeremy Ashurst, Pauline Bowman, Doug Carver, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert,  Warren A. Daniels, Sommer Dobbins, Christine Findley, Christina Frye, Toni Gehrman, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin,  Traci J. Peters, Elaine Seidel, Randall Tryon, and Traci Witt,<br>　　Defendants. | Case No.: 2:13-cv-1004 TLN AC<br><br><br>ORDER |

**ORDER**

Pursuant to a STIPULATION submitted by the parties requesting an order to extend date of Rule 26(f) Joint Status Report by 14 days after the Court's ruling on Defendants' Motions to Dismiss have been filed, it is hereby

**ORDERED** that Plaintiff relator's request is GRANTED.

Dated:  January 15, 2016

_____
Troy L. Nunley
United States District Judge

ORDER - 1