Clayeo C. Arnold, SBN 65070
M. Anderson Berry, SBN 262879
Leslie Guillon, SBN 222400
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, State of California and Nevada, Placer and Sierra Counties, ex rel. Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols, | Case No.: 2:13-cv-1004 TLN AC |
| Relators, | NOTICE OF DESIGNATION OF COUNSEL |
| vs. | |
| Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Jeremy Ashurst, Pauline Bowman, Doug Carver, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert,  Warren A. Daniels, Sommer Dobbins, Christine Findley, Christina Frye, Toni Gehrman, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin,  Traci J. Peters, Elaine Seidel, Randall Tryon, and Traci Witt, | |
| Defendants. | |

Plaintiffs Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols hereby designate the following attorney from Clayeo C. Arnold, A Professional Law Corporation as an additional attorney to be noticed as counsel for service in this action.

Name: Leslie Guillon

Dated: March 6, 2019

/s/ Leslie Guillon
Leslie Guillon, Esq.

1