**XAVIER BECERRA**
Attorney General of California
SARALYN M. ANG-OLSON
Senior Assistant Attorney General
VINCENT DICARLO
Supervising Deputy Attorney General
JENNIFER S. GREGORY, State Bar No. 228593
Deputy Attorney General
  2329 Gateway Oaks Drive, Suite 200
  Sacramento, CA 95833
  Telephone: (916) 621-1823
  Fax: (916) 274-2949
  E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES *et al. ex rel.* VICKI L. MILLER *et al.*,**<br><br>                    **Plaintiffs,**<br><br>        v.<br><br>**COMMUNITY RECOVERY RESOURCES INC.,** *et al.*,<br><br>                    **Defendants.** | Case No. 2:13-CV-1004 TLN AC<br><br>**STATE OF CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL** |

Relators have indicated to the State of California ("State") that they intend to file a Notice of Voluntary Dismissal of the Complaint. Pursuant to Cal. Gov. Code section 12652, subsection (c)(1), the State hereby consents to the dismissal of this action, so long as it is without prejudice to the State.

///

///

///

///

///

| | |
|---|---|
| Dated:  October 10, 2019 | Respectfully submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br><br><br>*/s/ Jennifer S. Gregory*<br><br>JENNIFER S. GREGORY<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California* |