McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2762
catherine.swann@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA AND NEVADA, SIERRA, AND PLACER COUNTIES *ex rel.* VICKI L. MILLER, *et al.*,<br><br>  Plaintiffs,<br>  v.<br><br>COMMUNITY RECOVERY RESOURCES INC., *et al.*,<br><br>  Defendants. | Case No. 2:13-cv-1004 TLN AC<br><br>**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL** |

The United States respectfully notifies the Court that the Attorney General consents to the dismissal of this action without prejudice as to the United States on the grounds that the United States has declined intervention and such dismissal is in the interests of the United States. Accordingly, and pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of this case, so long as it is without prejudice as to the United States.

Dated:  October 10, 2019

                                                  Respectfully submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

                                                     /s/ Catherine J. Swann
                                                  CATHERINE J. SWANN
                                                  Assistant United States Attorney
                                                  Attorneys for the United States