1 | M. Anderson Berry, SBN 262879
    *aberry@justice4you.com*
2 | Leslie Guillon, SBN 222400
    *lguillon@justice4you.com*
3 | CLAYEO C. ARNOLD,
    A PROFESSIONAL LAW CORPORATION
4 | 865 Howe Avenue
    Sacramento, CA 95825
5 | Telephone: (916) 777-7777
    Facsimile: (916) 924-1829

Attorneys for Plaintiffs-Relators

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, State of California and Nevada, Placer and Sierra Counties, ex rel. Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols, <br><br> Plaintiffs, <br><br> v. <br><br> Community Recovery Resources Inc., a California Corporation, Sierra Council on Alcoholism and Drug Dependence, a Merged California Corporation, Ron Abram, Jeremy Ashurst, Pauline Bowman, Doug Carver, Kevin M. Cassidy, Aaron J. Cleveland, M.D., Chuck Coovert, Warren A. Daniels, Sommer Dobbins, Christine Findley, Christina Frye, Toni Gehrman, Jeffery Jones, Jonel Landry, Keith Litke, Debora Martin, Traci J. Peters, Elaine Seidel, Randall Tryon, and Traci Witt, <br><br> Defendants. | CASE NO. 2:13-CV-01004 TLN AC <br><br> **STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL** <br><br> Judge: Hon. Troy L. Nunley |

Pursuant to Fed. R. Civ. P. 41(a)(1), relators Vicki L. Miller, Jennifer Bente, Priscilla Frazier, Linda Garcia, Mary M. Graham, Bonnie Hampton, and Tamara Nichols (collectively, "Relators"), and defendants Community Recovery Resources, Inc., Sierra Council on Alcoholism and Drug Dependence, Kevin M. Cassidy, Warren A. Daniels, Sommer Dobbins (aka Sommer Wadman), Christina Frye, Toni

STIPULATION OF DISMISSAL 1

| | |
|---|---|
| 1 | Gehrman, Jeffery Jones, Jonel Landry, Traci J. Peters, Randall Tryon, and Traci Witt (collectively, |
| 2 | "Defendants"),[1] by and through their counsel, stipulate to the terms and conditions on this stipulation |
| 3 | and jointly request that the Court enter its Order at the end of this document. |

The dismissal shall be without prejudice as to the United States and the State of California, with each party bearing their own attorney's fees and costs. The United States and the State of California have filed consents to this dismissal with this Court. (ECF Nos. 95-96.)

The dismissal shall be without prejudice as to Relators, with Relators and Defendants each bearing their own attorney's fees and costs.

Defendants release Relators from any and all claims, demands, damages, or other losses, that in any way arise from, grow out of, or are related to this matter, including but not limited to claims for malicious prosecution, abuse of process, defamation, tortious interference with economic advantage, intentional interference with contract, intentional interference with prospective economic advantage, libel, slander, breach of contract, fraud, breach of duty of loyalty, breach of fiduciary duty, and breach of implied covenant of good faith and fair dealing.

Defendants deny each and every claim alleged by the plaintiffs and Relators in this litigation.

In the event that Relators file another False Claims Act complaint against Defendants, the applicable statute of limitations will be based upon the filing date for any such complaint.

Dated: By: /s/
M. Anderson Berry, Esq.
Arnold Law Firm
Attorney for Relators

Dated: By: /s/
Ronald Enabnit, Esq.
Matheny Sears Linkert Jaime, LLP
Attorney for Defendants

//
//

---

[1] The other defendants named in the original Complaint have already been dismissed by this Court's order, dated May 22, 2017, granting, in part, Defendants' motion to dismiss. ECF No. 88.

STIPULATION OF DISMISSAL     2

# **ORDER OF DISMISSAL**

Upon good cause being shown as set forth in the stipulation of legal counsel for the parties, the Court hereby adopts the stipulation.

IT IS SO ORDERED.

DATED: October 18, 2019

                                              Troy L. Nunley
                                              United States District Judge